UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------

ANGEL CHAPMAN,                    ORDER OF DISCONTINUANCE

          Plaintiff(s),          CV-11-2370 (CBA)

   -against-

CITY OF NEW YORK, et al.,
                                                    OCT 31 2011

          Defendant(s)

-------------------------------------------------------

AMON, J.

      It having been reported to the Court that the above action has been settled, it is

      ORDERED that the action is hereby discontinued without prejudice to the right to reopen the action in 45 days if the settlement is not consummated.

      SO ORDERED.

Dated:    Brooklyn, New York
            October 31, 2011

                                                    s/CBA

                                           Carol Bagley Amon
                                           Chief United States District Judge